# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| STEWART ENGINEERING, INC., ) <br> ) <br>            Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONTINENTAL CASUALTY ) <br> COMPANY; ZURICH AMERICAN ) <br> INSURANCE COMPANY; SKANSKA ) <br> USA BUILDING, INC.; and CLARK ) <br> NEXSEN, INC., ) <br> ) <br>            Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:15-CV-377-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 54], and DENIES plaintiff's motion for summary judgment [D.E. 61]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and the court's local rules.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that on 11/16/2016, the court granted Clark Nexsen's Motion to Dismiss or Drop Party [DE 45]. Clark Nexsen, Inc. is DISMISSED WITHOUT PREDJUDICE from this action pursuant to Rule 21 of the Federal Rules of Civil Procedure. In addition, on 1/31/2017, the court granted Zurich American Insurance Company's Motion for Misjoinder [DE 48]. Zurich is DISMISSED WITHOUT PREDJUDICE from this action pursuant to Rule 21 of the Federal Rules of Civil Procedure.

**This Judgment Filed and Entered on March 20, 2018, and Copies To:**

| | |
|---|---|
| Rebecca Fay Rushton | (via CM/ECF electronic notification) |
| Stephen P. Safran | (via CM/ECF electronic notification) |
| Elizabeth Guild Simpson | (via CM/ECF electronic notification) |
| Leland H. Jones, IV | (via CM/ECF electronic notification) |
| Richard A. Simpson | (via CM/ECF electronic notification) |
| Ashley E. Eiler | (via CM/ECF electronic notification) |
| L. Andrew Watson | (via CM/ECF electronic notification) |
| Theodore Nicholas Goanos | (via CM/ECF electronic notification) |
| Rodney E. Pettey | (via CM/ECF electronic notification) |
| Sean T. Patrick | (via CM/ECF electronic notification) |
| Robert A. Meynardie | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK
March 20, 2018                  (By)  /s/ Nicole Briggeman
                                 Deputy Clerk